JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE JORDAN, | ) Case No. CV 13-9088-JGB (DTB) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| DANIEL PARAMO, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 20, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1